IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WENDELL WOODROW WILLIAMS, <br> TDCJ-CID No. 1218081, <br> Petitioner, <br> <br> v. <br> <br> NATHANIEL QUARTERMAN, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br> Respondent. | § § § § § § § § § § | CIVIL ACTION NO. H-06-3072 <br> U.S. Magistrate Frances H. Stacy |

## ORDER

Be it remembered that on this day came to be considered Respondent Quarterman's Motion to Appear *Pro Hac Vice* with Brief in Support, and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED and Assistant Attorney General Melissa L. Kelly is permitted to proceed *Pro Hac Vice* in this action.

SIGNED on this, the 6th day of March, 2007.

_____
JUDGE PRESIDING