IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WENDELL WOODROW WILLIAMS, § <br> TDCJ-CID No. 1218081, § <br> Petitioner, § <br> § <br> v. § <br> § <br> NATHANIEL QUARTERMAN, Director, § <br> Texas Department of Criminal Justice, § <br> Correctional Institutions Division, § <br> Respondent. § | CIVIL ACTION NO. H-06-3072 <br> U.S. Magistrate Frances H. Stacy |

### ORDER TO SUBSTITUTE COUNSEL

On the motion of Respondent, Assistant Attorney General Stephen M. Hoffman is WITHDRAWN and Assistant Attorney Melissa L. Kelly is SUBSTITUTED as Attorney-in-Charge for Respondent.

It is so ORDERED.

SIGNED on this the 6th day of March, 2007.

_____
PRESIDING JUDGE